

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Mark Berkowitz, Partner
212.216.1166 Direct Dial
mberkowitz@tarterkrinsky.com

July 14, 2021

**By ECF Only**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 1000

> The application is GRANTED. The initial pre-trial conference scheduled for July 22, 2021, is **adjourned** to **August 19, 2021**, on the following conference call line: 888-363-4749, access code 558-3333. The parties are reminded that their pre-conference submissions are due seven days prior, or **August 12, 2021**.
>
> SO ORDERED
>
> Dated: July 15, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: **Jose Quezada v. Nicom Living LLC**
     **Civil Action No. 1:21-cv-04519-LGS (the "Action")**

Dear Judge Schofield:

     This office represents defendant, Nicom Living LLC ("Defendant"), in the above referenced matter. Pursuant to Your Honor's Individual Rules and Procedures for Civil Cases, Rule I(B)(2), and Your Honor's Emergency Individual Rules of Practices in Light of COVID-19, Rule 3(A), Defendant writes, with the consent of counsel for plaintiff, Jose Quezada ("Plaintiff"), to submit this letter motion to request an adjournment of the initial conference to a date most convenient for the Court, but no earlier than thirty (30) days from the date of this letter motion, with any related deadlines extended accordingly. At present, the initial conference is scheduled telephonically for July 22, 2021, at 11:00 a.m.

     We are seeking the requested extension because we have recently been retained, we are investigating the allegations in this Action, and the parties are actively engaging in preliminary discussions regarding the claims herein with a view towards resolving this Action. This is the first request for an extension of time in this Action. Presently, the requested extension does not impact any other scheduled dates. As noted above, Plaintiff has consented to the requested extension of time.

     In closing, we thank the Court for its consideration of this request.

     Respectfully submitted,

     _/s/ Mark Berkowitz_
     Mark Berkowitz

cc:    All Counsel of Record (via ECF)