UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE QUEZADA, on behalf of himself and all others similarly situated,

           Plaintiff,

-against-

NICOM LIVING, LLC,

           Defendant.
------------------------------------------------------------X

21 Civ. 4519 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for August 19, 2021, at 11:00 a.m.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order, as will a referral to the District's mediation program.  The parties' attention is particularly directed to the provisions for periodic status letters and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: August 13, 2021
      New York, New York

                                                   LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE