```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSE QUEZADA,                                               :
                                  Plaintiff,                :
                                                            :    21 Civ. 04519 (LGS)
              -against-                                     :
                                                            :          ORDER
NICOM LIVING LLC,                                           :
                                  Defendant.                :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's September 21, 2021 Order (Dkt. No. 20) granted Plaintiff's request to file an amended complaint, and directed Plaintiff to file his amended complaint by October 5, 2021.

WHEREAS, no amended complaint was filed. It is hereby

**ORDERED** that, by **October 8, 2021**, Plaintiff shall file its amended complaint.

Dated: October 6, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**